IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00314-RM-BNB

DINA ABDULINA, on behalf of herself and all similarly situated persons,

Plaintiff,

v.

EBERL'S TEMPORARY SERVICES, INC., a Colorado corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     I was informed at the status conference occurring this morning that all matters in dispute in connection with the defendant's **Motion for Protective Order** [Doc. # 38] have been resolved and that the deposition which is the subject of that motion has been completed.

     IT IS ORDERED that the Motion for Protective Order [Doc. # 38] is DENIED as moot.

DATED:  January 15, 2015