IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00314-RM-NYW

DINA ABDULINA, on behalf of herself and all similarly situated persons,

    Plaintiff,

v.

EBERL'S TEMPORARY SERVICES, INC., a Colorado corporation,

    Defendant.

_____

**PARTIES' JOINT RESPONSE TO ORDER TO SHOW CAUSE**
_____

Plaintiff, Dina Abdulina, on behalf of herself and similarly situated persons, and Defendant, Eberl's Temporary Services, Inc. ("ETS"), by and through their undersigned counsel, respectfully submit this Joint Response to the Court's Order to Show Cause and state as follows:

1.    Undersigned counsel apologize to the Court for not keeping the Court apprised of the progress and status of this matter.

2.    As outlined in the Court's Order to Show cause, Defendant did request a 15-day extension to respond to Plaintiff's Second Request for Production, which was granted on November 27, 2015.  Defendant did respond to Plaintiff's Second Request for Production of Documents on December 15, 2015, the date requested in Defendant's Unopposed Motion for Extension of Time.

3. Defendant's Response to Plaintiff's Second Request for Production provided the foundation on which the parties could commence discussions regarding a possible resolution of this matter. Consequently, commencing in early 2016 and continuing to the present, the parties have had multiple communications regarding information and issues relating to and relevant to a possible resolution of this matter.

4. Throughout these discussions, the parties discussed scheduling issues and exchanged proposed scheduling orders. However, each time the parties began to finalize a proposed scheduling order, the parties' discussions returned to a potential resolution of this matter. Counsel understand that this Court is a crucial and necessary partner in scheduling matters and that this Court is obligated to manage and control its docket. However, the possibility of resolving this matter without the need for additional discovery proved sufficiently enticing that the parties consistently returned to the subject of a possible resolution.

5. The parties reached a settlement on October 28, 2016. It is neither parties' desire that this matter be dismissed. The case has been conditionally certified and will require Court involvement for approval of the settlement.

6. The parties respectfully request 30 days to prepare, exchange, review and submit settlement documents to the Court. Because the matter has been conditionally certified, the settlement process will require some additional time as compared to an individual case.

Respectfully submitted this 31st day of October, 2016.

| | |
|---|---|
| */s/ Charles L. Scalise* | */s/ John D. Martin* |
| Charles L. Scalise | John D. Martin |
| ROSS LAW GROUP | MARTIN & HYMAN, LLC |
| 1104 San Antonio Street | 1125 17th Street, Suite 2100 |
| Austin, Texas  78701 | Denver, Colorado  80202 |
| Phone:  (512) 474-7677 | Telephone:  (303) 382-1200 |
| Fax:  (512) 474-5306 | Facsimile:  (303) 382-1202 |
| Charles@RossLaw Group.com | jmartin@martinhyman.com |
| | |
| Brian D. Gonzales | Jennifer L. Anderson |
| LAW OFFICES OF BRIAN D. GONZALES, PLLC | JONES WALKER LLP |
| 123 N. College Ave., Suite 200 | 8555 United Plaza Blvd |
| Fort Collins, CO  80524 | Baton Rouge, LA 70809 |
| BGonzales@ColoradoWageLaw.com | Telephone: (225) 248-2000 |
| | Facsimile:  (225) 248-3040 |
| | janderson@joneswalker.com |
| ***ATTORNEYS FOR PLAINTIFF*** | ***ATTORNEYS FOR DEFENDANT*** |